APPEAL,CAP,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00392−RCL</u>−1

---

Case title: USA v. HOSTETTER et al                   Date Filed: 06/09/2021

---

Assigned to: Judge Royce C.
Lamberth

### **Defendant (1)**

**ALAN HOSTETTER**                 represented by   **Karren Kenney**
KENNEY LEGAL DEFENSE
2900 Bristol Street
Suite C204
Costa Mesa, CA 92626
855−505−5588
Fax: 855−505−5508
Email: kenneylegaldefensecorp@gmail.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John M. Pierce**
JOHN PIERCE LAW P.C.
21550 Oxnard Street
Suite 3rd Floor OMB #172
Woodland Hills, CA 91367
213−400−0725
Email: jpierce@johnpiercelaw.com
*TERMINATED: 08/03/2021*
*Designation: Retained*

### **Pending Counts**                                  ### **Disposition**

18:1512(k); TAMPERING WITH
WITNESS, VICTIM, OR AN
INFORMANT; Conspiracy to
Obstruct Official Proceeding
(1)

18:1512(k); TAMPERING WITH
WITNESS, VICTIM, OR AN
INFORMANT; Conspiracy to
Obstruct Official Proceeding
(1s)

18:1512(k); TAMPERING WITH            Defendant is hereby committed to the custody of the
WITNESS, VICTIM, OR AN                Bureau of Prisons for a term of One Hundred and

1

| | |
|---|---|
| INFORMANT; Conspiracy to Obstruct Official Proceeding (1ss) | Thirty–Five (135) months on Counts 1ss and 2ss and a term of One Hundred and Twenty (120) months on Counts 3ss and 4ss, with all such terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release as to each of Counts 1ss, 2ss, 3ss and 4ss, with all such terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2, 000, a fine in the amount of $30,000 and a special assessment of $100 for each of Counts 1ss, 2ss, 3ss and 4ss, for a total of $400. |
| 18:1512(c)(2),2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (2) | |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (2s) | |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (2ss) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of One Hundred and Thirty–Five (135) months on Counts 1ss and 2ss and a term of One Hundred and Twenty (120) months on Counts 3ss and 4ss, with all such terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release as to each of Counts 1ss, 2ss, 3ss and 4ss, with all such terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2, 000, a fine in the amount of $30,000 and a special assessment of $100 for each of Counts 1ss, 2ss, 3ss and 4ss, for a total of $400. |
| 18:1752(a)(1), (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon (3ss) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of One Hundred and Thirty–Five (135) months on Counts 1ss and 2ss and a term of One Hundred and Twenty (120) months on Counts 3ss and 4ss, with all such terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release as to each of Counts 1ss, 2ss, 3ss and 4ss, with all such terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2, 000, a fine in the amount of $30,000 and a special assessment of $100 for each of Counts 1ss, 2ss, 3ss and 4ss, for a total of $400. |

18:1752(a)(1),(b)(1)(A);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Restricted
Building or Grounds
(4)

18:1752(a)(1), (b)(1)(A);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Restricted
Building or Grounds
(4s)

18:1752(a)(2), (b)(1)(A);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Disorderly and
Disruptive Conduct in a Restricted
Building or Grounds with a Deadly
or Dangerous Weapon
(4ss)

Defendant is hereby committed to the custody of the
Bureau of Prisons for a term of One Hundred and
Thirty−Five (135) months on Counts 1ss and 2ss
and a term of One Hundred and Twenty (120)
months on Counts 3ss and 4ss, with all such terms
to run concurrently. The Defendant is further
sentenced to serve a Thirty−Six (36) month term of
supervised release as to each of Counts 1ss, 2ss, 3ss
and 4ss, with all such terms to run concurrently. In
addition, the Defendant is ordered to pay restitution
in the amount of $2, 000, a fine in the amount of
$30,000 and a special assessment of $100 for each
of Counts 1ss, 2ss, 3ss and 4ss, for a total of $400.

18:1752(a)(2),(b)(1)(A);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Restricted
Building or Grounds
(5)

18:1752(a)(2), (b)(1)(A);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Restricted
Building or Grounds
(5s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                           **Disposition**

None

3

**Plaintiff**

**USA**                                             represented by   **Jason Manning**
DOJ–CRM
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, DC 20005
202–514–6256
Email: jason.manning@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Terence Andrew Parker**
DOJ–USAO
Capitol Siege Section
601 D Street NW
Washington, DC 20004
202–803–1600
Email: terence.parker3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Anthony William Mariano**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
601 D Street, NW
Washington, DC 20530
(202) 476–0319
Email: anthony.mariano2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Katherine Nielsen**
DOJ–CRM
Fraud Section
1400 New York Ave., NW
Washington, DC 20530
202–355–5736
Email: katherine.nielsen@usdoj.gov
*TERMINATED: 08/12/2022*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Risa Berkower**
UNITED STATES ATTORNEY'S
OFFICE
555 4th Street, NW
Washington, DC 20530
(202) 252–6782

4

Fax: (202) 307–3961
Email: risa.berkower@usdoj.gov
TERMINATED: 03/08/2023
Designation: Assistant U.S. Attorney

**Thomas Tyson Ballantine**
DOJ–ENRD
Environmental Crimes Section
150 M Street NE (4CON Mailroom 2.900)
Suite 4.204
Washington, DC 20002
202–532–3048
Email: thomas.ballantine@usdoj.gov
ATTORNEY TO BE NOTICED
Designation: Assistant U.S. Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2021 | 1 | SEALED INDICTMENT as to ALAN HOSTETTER (1) count(s) 1, 2, 4, 5, RUSSELL TAYLOR (2) count(s) 1, 2, 3, 4, 5, 6, ERIK SCOTT WARNER (3) count(s) 1, 2, 4, 5, 8, FELIPE ANTONIO MARTINEZ (4) count(s) 1, 2, 4, 5, DEREK KINNISON (5) count(s) 1, 2, 4, 5, 7, RONALD MELE (6) count(s) 1, 2, 4, 5. (bb) (Entered: 06/10/2021) |
| 06/10/2021 | | Case unsealed as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE (bb) (Entered: 06/10/2021) |
| 06/10/2021 | 7 | NOTICE OF ATTORNEY APPEARANCE Katherine Nielsen appearing for USA. (Nielsen, Katherine) (Entered: 06/10/2021) |
| 06/10/2021 | | Arrest of ALAN HOSTETTER in the Central District of California. (ztl) (Entered: 06/15/2021) |
| 06/10/2021 | 12 | Arrest Warrant Returned Executed on 6/10/2021 as to ALAN HOSTETTER. (ztl) (See docket entry 18 to view document) Modified on 7/14/2021 (zstd). (Entered: 06/15/2021) |
| 06/10/2021 | 18 | Arrest Warrant Returned Executed on 6/10/2021 in Orange, CA as to ALAN HOSTETTER. (bb) (Entered: 06/16/2021) |
| 06/10/2021 | | Arrest of ALAN HOSTETTER in Orange, California. (bb) (Entered: 06/16/2021) |
| 06/14/2021 | | MINUTE ORDER as to ALAN HOSTETTER (1), ERIK SCOTT WARNER (3), DEREK KINNISON (5), RONALD MELE (6). Arraignment set for 6/14/2021 at 01:00 PM in Telephonic/VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 06/14/2021. (lcrcl2) (Entered: 06/14/2021) |
| 06/14/2021 | | ORAL MOTION for Speedy Trial by USA as to ALAN HOSTETTER. (ztl) (Entered: 06/15/2021) |
| 06/14/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Initial Appearance/Arraignment as to ALAN HOSTETTER held on 6/14/2021 as to Counts 1,2,4,5. Plea of Not Guilty entered as to all counts. Defendant present by video. Due Process Order given to the Government. Defendant placed on Standard Conditions of |

| | | Release with additional conditions. Oral Motion by the Government for Speedy Trial as to ALAN HOSTETTER (1); heard and granted. Speedy Trial Excluded from 6/14/2021–8/3/2021 in the Interest of Justice (XT). Defense object to speedy trial waiver. Control Status Hearing set for 8/3/2021 1:00 PM by Telephonic/VTC before Judge Robin M. Meriweather. Bond Status of Defendant: Defendant Remain on Personal Recognizance; Court Reporter: FTR–Gold; FTR Time Frame: Ctrm 4: [2:16:53–2:34:00–2:44:32–3:05:46];Defense Attorney: Bilal Essayli; US Attorney: Jacob Steiner for Risa Berkower and Katherine Nielsen; Pretrial Officer: Andre Sidbury. (ztl) (Entered: 06/15/2021) |
|---|---|---|
| 06/14/2021 | 13 | ORDER Setting Conditions of Release as to ALAN HOSTETTER (1) Personal Recognizance. Signed by Magistrate Judge Zia M. Faruqui on 6/14/2021. (Attachments: # 1 Appearance Bond) (ztl) (Entered: 06/15/2021) |
| 06/14/2021 | | Set/Reset Hearings as to ALAN HOSTETTER: Control Status Hearing set for 8/3/2021 1:00 PM in Telephonic/VTC before Magistrate Judge Robin M. Meriweather. (ztl) (Entered: 06/15/2021) |
| 06/24/2021 | 28 | NOTICE OF ATTORNEY APPEARANCE: John M. Pierce appearing for ALAN HOSTETTER (Pierce, John) (Main Document 28 printed to PDF and replaced on 7/9/2021.(ztnr) (Entered: 06/24/2021) |
| 06/28/2021 | 31 | MOTION for Protective Order by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE. (Attachments: # 1 Text of Proposed Order)(Berkower, Risa) (Entered: 06/28/2021) |
| 07/01/2021 | 36 | MOTION for Disclosure *of Materials Protected by Fed. R. Crim. P. 6(e) and Sealed Materials* by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE. (Berkower, Risa) (Entered: 07/01/2021) |
| 07/09/2021 | 40 | MOTION for Order Permitting Production of Sealed Materials and Material Protected by Fed. R. Crim. P. 6(e) by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE. (Berkower, Risa) Modified relief on 7/14/2021 (znmw). (Entered: 07/09/2021) |
| 07/12/2021 | 42 | STATUS REPORT *Regarding Status of Discovery* by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE (Attachments: # 1 Exhibit)(Nielsen, Katherine) (Entered: 07/12/2021) |
| 07/20/2021 | 45 | ORDER granting 31 Motion for Protective Order as to ALAN HOSTETTER (1). Signed by Judge Royce C. Lamberth on 07/20/2021. (lcrcl2) (Entered: 07/20/2021) |
| 07/29/2021 | 47 | MOTION for Leave to Appear Pro Hac Vice Karren Kenney Fee Status: No Fee Paid. by ALAN HOSTETTER. (Attachments: # 1 Text of Proposed Order, # 2 Declaration)(Amato, Elita) (Main Document 47 replaced on 8/4/2021) (zltp). (Main Document 47 replaced on 8/6/2021) (zltp). (Entered: 07/29/2021) |
| 07/29/2021 | | Payment for 47 MOTION for Leave to Appear Pro Hac Vice Karren Kenney Fee Status: No Fee Paid. by ALAN HOSTETTER. ($100; Receipt number ADCDC–8632825) (Amato, Elita) (Entered: 07/29/2021) |
| 07/29/2021 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER as to Defendants ALAN HOSTETTER (1), ERIK SCOTT WARNER (3), and DEREK KINNISON (5) : As Defendants ALAN HOSTETTER (1), ERIK SCOTT WARNER (3), and DEREK KINNISON (5) have had an initial appearance before a magistrate judge and have already been arraigned on the Indictment, there are no pending matters necessitating action by a Magistrate Judge. It is hereby ORDERED that the status hearing currently scheduled for August 3, 2021 before Magistrate Judge Robin M. Meriweather is VACATED. The parties are directed to contact the assigned District Judge to schedule a status hearing if one has not yet been set. The parties shall address any requests to toll the Speedy Trial Act to the assigned District Judge; So Ordered by Magistrate Judge Robin M. Meriweather on 7/29/2021. (kk) (Entered: 07/30/2021) |
| 07/29/2021 | | Terminate Hearings as to Defendants ALAN HOSTETTER (1), ERIK SCOTT WARNER (3) and DEREK KINNISON (5) : Status Hearing scheduled for 8/3/2021 at 1:00 PM before Magistrate Judge Robin M. Meriweather is vacated. (kk) (Entered: 07/30/2021) |
| 08/03/2021 | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Status Conference as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5), RONALD MELE (6) held on 8/3/2021. Parties inform the court of the status of this action. Motion to appear pro hac vice 47 by attorney Karren Kenney (on behalf of defendant Hostetter) is GRANTED for reasons stated on the record. Attorney John Pierce relieved as counsel of record. Attorney Steven Bailey is granted pro hac vice for the purposes of this hearing only to address the court on behalf of his client Ronald Mele. Oral motion to continue this case for a period of 60 days is GRANTED for reasons stated on the record. Speedy trial is excluded (nunc pro tunc) from 7/29/2021 to 10/4/2021 in the interest of justice. Next Status Conference set for 10/4/2021 at 1:00 PM before Judge Royce C. Lamberth via Zoom Video. Bond Status of Defendant: Defendants remain on personal recognizance/with consent to appear by video; Court Reporter: Lisa Griffith; Defense Attorney: Joh. Pierce and Karren Kenney for A. Hostetter (1); Dyke Huish for R. Taylor (2); Kira West for E. Warner (3); Nicholas Smith for F. Martinez (4); Nic Cocis for D. Kinnison (5); Steven Bailey for R. Mele;; US Attorney: Risa Berkower and Katherine Nielsen; (tj) (Entered: 08/03/2021) |
| 08/04/2021 | 53 | ORDER granting 40 Motion for Disclosure as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5), RONALD MELE (6). Signed by Judge Royce C. Lamberth on 08/04/2021. (lcrcl2) (Entered: 08/04/2021) |
| 08/05/2021 | 55 | ORDER granting 47 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a). Click for Instr uctions** as to ALAN HOSTETTER (1). Signed by Judge Royce C. Lamberth on 08/04/2021. (lcrcl2) (Entered: 08/05/2021) |
| 09/03/2021 | 61 | NOTICE OF ATTORNEY APPEARANCE: Karren Kenney appearing for ALAN HOSTETTER (Kenney, Karren) (Entered: 09/03/2021) |
| 09/08/2021 | 62 | NOTICE *Regarding Defense Counsel John Pierce, Esq.* by ALAN HOSTETTER (Pierce, John) (Entered: 09/08/2021) |
| 09/20/2021 | 67 | NOTICE *United States' Memorandum Regarding Status of Discovery as of August 23, 2021* by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT |

| | | WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE (Nielsen, Katherine) (Entered: 09/20/2021) |
|---|---|---|
| 09/24/2021 | 68 | NOTICE *United States' Memorandum Regarding Status of Discovery as of September 14, 2021* by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE (Nielsen, Katherine) (Entered: 09/24/2021) |
| 09/28/2021 | | MINUTE ORDER denying as moot 36 Motion for Disclosure as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5), RONALD MELE (6). The Court already granted the requested relief, see 53 . Signed by Judge Royce C. Lamberth on 09/28/2021. (lcrcl2) (Entered: 09/28/2021) |
| 10/04/2021 | | Minute Entry for video Status Conference held before Judge Royce C. Lamberth as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5) and RONALD MELE (6) on 10/4/2021, Further Status Conference set for 12/3/2021 at 1:00 PM by VTC before Judge Royce C. Lamberth. The finds it in the interest of justice to toll the speedy trial clock from 10/4/2021 through 12/3/2021, over the objection. The Court to issue an order. Bond Status of Defendants: remain on personal recognizance; Court Reporter: Janice Dickman; Defense Attorneys: Karren Kenney (1), Dyke Huish (2), Kira Anne West (3), Nicholas D. Smith (4), Nicolai Cocis (5) and Steven Bailey (6); US Attorneys: Katherine Nielsen and Risa Berkower. (lsj) (Entered: 10/04/2021) |
| 10/06/2021 | 75 | ORDER as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE. The Court finds it in the interest of justice to toll the speedy trial clock for defendants RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE. Defendant ALAN HOSTETTER has moved for a speedy trial. Accordingly, the Court ORDERS that Hostetter file any pretrial motions within ten days of this order. Signed by Judge Royce C. Lamberth on 10/6/2021. (lcrcl2) (Entered: 10/06/2021) |
| 10/11/2021 | 77 | MOTION / Request for Self–Representation by ALAN HOSTETTER. (Kenney, Karren) (Entered: 10/11/2021) |
| 10/12/2021 | | MINUTE ORDER as to ALAN HOSTETTER (1): Motion Hearing re 77 set for 10/14/2021 at 12:30 PM ET by VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 10/12/2021. (lcrcl2) (Entered: 10/12/2021) |
| 10/13/2021 | 79 | TRANSCRIPT OF PROCEEDINGS in case as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE before Judge Royce C. Lamberth held on October 4, 2021; Page Numbers: 1–14. Date of Issuance: October 13, 2021. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the t ranscript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/3/2021. Redacted Transcript Deadline set for 11/13/2021. Release of Transcript Restriction set for 1/11/2022.(Dickman, Janice) (Entered: 10/13/2021) |
| 10/14/2021 | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Video Motion Hearing as to ALAN HOSTETTER (1) held on 10/14/2021 re 77 MOTION / Request for Self−Representation filed by ALAN HOSTETTER (1). Oral arguments heard. Defendant's request for a 30 day extension on the pending motion HEARD and GRANTED. Order forthcoming. Bond Status of Defendant: remains on PERSONAL RECOGNIZANCE BOND (PR)/appeared via video; Court Reporter: Nancy Myer; Defense Attorney: Karren Kenney; US Attorney: Katherine Nielson and Risa Berkower. (znbn) (Entered: 10/14/2021) |
| 10/25/2021 | 81 | NOTICE *United States' Memorandum Regarding Status of Discovery as of October 21, 2021* by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE (Nielsen, Katherine) (Entered: 10/25/2021) |
| 10/27/2021 | 82 | TRANSCRIPT OF MOTION HEARING in case as to ALAN HOSTETTER before Judge Royce C. Lamberth held on 10/14/2021. Page Numbers: 1−20. Date of Issuance: 10/24/2021. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202−354−3118. Transcripts may be ordered by submitting the <ahref="http://www.dcd.uscourts.gov/node/110">Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/17/2021. Redacted Transcript Deadline set for 11/27/2021. Release of Transcript Restriction set for 1/25/2022.(Meyer, Nancy) (Entered: 10/27/2021) |
| 10/28/2021 | 83 | ORDER granting 77 Motion for Self Representation as to ALAN HOSTETTER (1); Set/Reset Deadlines as to ALAN HOSTETTER: Defendant's Pretrial Motions due by 12/6/2021.Signed by Judge Royce C. Lamberth on 10/28/2021. (lcrcl2) (Entered: 10/28/2021) |

| | | |
|---|---|---|
| 12/01/2021 | 89 | SUPERSEDING INDICTMENT as to ALAN HOSTETTER (1) count(s) 1s, 2s, 4s, 5s, RUSSELL TAYLOR (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, ERIK SCOTT WARNER (3) count(s) 1s, 2s, 4s, 5s, 8s, FELIPE ANTONIO MARTINEZ (4) count(s) 1s, 2s, 4s, 5s, DEREK KINNISON (5) count(s) 1s, 2s, 4s, 5s, 7s, RONALD MELE (6) count(s) 1s, 2s, 4s, 5s. (bb) Modified on 12/3/2021 (ztnr). (Entered: 12/01/2021) |
| 12/03/2021 | | Minute Entry for video Arraignment and Status Conference held before Judge Royce C. Lamberth on 12/3/2021. Arraignment held on Superseding Indictment, as to ALAN HOSTETTER (1) on Count 1s−2s,4s−5s; RUSSELL TAYLOR (2) on Counts 1s−6s; ERIK SCOTT WARNER (3) on Counts 1s−2s, 4s−5s and 8s; FELIPE ANTONIO MARTINEZ (4) on Counts 1s−2s and 4s−5s; DEREK KINNISON (5) on Count 1s−2s, 4s−5s and 7s and RONALD MELE (6) on Count 1s−2s and 4s−5s. All Defendants enter a Plea of Not Guilty as to all charges and waives the formal reading of the Indictment. Further Status Conference set for 2/4/2022 at 1:00 PM (EST) by VTC before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock from 12/3/2021 through 2/4/2022. Bond Status of Defendants: remain on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorneys: Karren Kenney (1), Dyke Huish (2), Kira Anne West (3), Nicholas D. Smith (4), Nicolai Cocis (5) and Steven C. Bailey (6); US Attorneys: Risa Berkower and Katherine Nielsen. (lsj) (Entered: 12/03/2021) |
| 12/06/2021 | 99 | MOTION to Dismiss Case *Due to Outrageous Government Conduct* by ALAN HOSTETTER. (Kenney, Karren) (Entered: 12/06/2021) |
| 12/06/2021 | 100 | MOTION to Sever Defendant by ALAN HOSTETTER. (Attachments: # 1 Exhibit A)(Kenney, Karren) (Entered: 12/06/2021) |
| 12/07/2021 | 101 | ORDER as to ALAN HOSTETTER (1): The government shall respond to defendant's motions 99 , 100 by 1/7/2022. Signed by Judge Royce C. Lamberth on 12/7/2021. (lcrcl2) (Entered: 12/07/2021) |
| 12/09/2021 | 102 | NOTICE *OF CORRECTION* by ALAN HOSTETTER re 99 MOTION to Dismiss Case *Due to Outrageous Government Conduct* (Kenney, Karren) (Entered: 12/09/2021) |
| 12/16/2021 | 103 | NOTICE *United States' Memorandum Regarding Status of Discovery as of November 5, 2021* by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE (Nielsen, Katherine) (Entered: 12/16/2021) |
| 12/22/2021 | 111 | Rule 5(c)(3) Documents Received as to ALAN HOSTETTER from US District Court Central District of California (Southern Division– Santa Ana) Case Number 8:21−mj−407– DUTY (bb) (Entered: 01/26/2022) |
| 01/07/2022 | 109 | Memorandum in Opposition by USA as to ALAN HOSTETTER re 100 MOTION to Sever Defendant (Berkower, Risa) (Entered: 01/07/2022) |
| 01/07/2022 | 110 | Memorandum in Opposition by USA as to ALAN HOSTETTER re 99 MOTION to Dismiss Case *Due to Outrageous Government Conduct* (Attachments: # 1 Exhibit 1)(Berkower, Risa) (Entered: 01/07/2022) |
| 02/04/2022 | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Video Status Conference as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5), and RONALD MELE (6) held on 2/4/2022. The Court will Toll Speedy Trial between |

| | | |
|---|---|---|
| | | February 4, 2022 and March 31, 2022, in the Interest of Justice (XT). Excludable started as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5), and RONALD MELE (6).Status Conference set for 3/31/2022 at 01:30 PM in Telephonic/VTC before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance Bond (PR) 1–6/appeared via Zoom; Court Reporter: Lisa Moreira; Defense Attorney: Karren Kenney (1), Dyke Huish (2), Kira Anne West (3), Nicholas D. Smith (4), Nicolai Cocis (5) and Steven C. Bailey (6); US Attorney: Katherine Nielsen. (nbn) (Entered: 02/04/2022) |
| 02/11/2022 | 124 | NOTICE *United States' Memorandum Regarding Status of Discovery as of February 9, 2022* by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE (Nielsen, Katherine) (Entered: 02/11/2022) |
| 02/18/2022 | 125 | TRANSCRIPT OF STATUS CONFERENCE in case as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE before Judge Royce C. Lamberth held on February 4, 2022; Page Numbers: 1–12. Date of Issuance:February 18, 2022. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354–3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/11/2022. Redacted Transcript Deadline set for 3/21/2022. Release of Transcript Restriction set for 5/19/2022.(Moreira, Lisa) (Entered: 02/18/2022) |
| 03/31/2022 | | Minute Entry for video Status Conference held before Judge Royce C. Lamberth as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5) and RONALD MELE (6) on 3/31/2022. Further Status Conference set for 5/26/2022 at 12:30 PM by VTC before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock from 3/31/2022 through 5/26/2022. Bond Status of Defendants: remains on personal recognizance; Court Reporter: Sara Wick; Defense Attorneys: Defense Attorney: Karren Kenney (1), Dyke Huish (2), Kira Anne West (3), Nicholas D. Smith (4), Nicolai Cocis (5) and Steven C. Bailey (6); US Attorney: Katherine Nielsen. (lsj) (Entered: 03/31/2022) |
| 05/26/2022 | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Video Status Conference as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5), and |

| | | |
|---|---|---|
| | | RONALD MELE (6) held on 5/26/2022. The Court will toll the Speedy Trial Clock between 5/26/2022 and 7/28/2022, in the Interest of Justice (XT). Excludable started as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5), and RONALD MELE (6). Status Conference set for 7/28/2022 at 12:30 PM in Telephonic/VTC before Judge Royce C. Lamberth. Bond Status of Defendant: remain on Personal Recognizance Bond(PR 1–6/appeared via Zoom video; Court Reporter: Sara Wick; Defense Attorney: Karren Kenney (1), Dyke Huish (2), Kira Anne West (3), Nicholas D. Smith (4), Nicolai Cocis (5) and Steven C. Bailey (6); US Attorney: Katherine Nielsen. (nbn) (Entered: 05/26/2022) |
| 07/26/2022 | 142 | MOTION to Continue *July 28, 2022 Status Hearing* by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE. (Berkower, Risa) (Entered: 07/26/2022) |
| 07/26/2022 | 144 | MOTION to Exclude Time Under The Speedy Trial Act by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE. (See docket entry 142 to view document.) (zstd) (Entered: 07/27/2022) |
| 07/27/2022 | 145 | ORDER granting 142 Motion to Continue and 144 Motion to Exclude as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5), and RONALD MELE (6). Status conference reset for 9/12/2022 at 2:00 PM in VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 7/27/2022. (lcrcl3) (Entered: 07/27/2022) |
| 08/12/2022 | | Attorney update in case as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE. Attorney Katherine Nielsen terminated. (lsj) (Entered: 08/12/2022) |
| 09/07/2022 | 151 | NOTICE OF ATTORNEY APPEARANCE Anthony William Mariano appearing for USA. (Mariano, Anthony) (Entered: 09/07/2022) |
| 09/09/2022 | | MINUTE ORDER as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE: The Status Conference set for 9/12/2022 is hereby VACATED. The Courtroom Deputy will email the parties about a future hearing date. SO ORDERED by Judge Royce C. Lamberth on 9/9/2022.(zlsj) (Entered: 09/09/2022) |
| 09/15/2022 | | MINUTE ORDER as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4) and DEREK KINNISON, RONALD MELE (5): Status Conference set for 9/20/2022 at 1:30 PM by VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 9/15/2022. (lsj) (Entered: 09/15/2022) |
| 09/16/2022 | 152 | NOTICE OF ATTORNEY APPEARANCE Thomas Tyson Ballantine appearing for USA. (Ballantine, Thomas) (Entered: 09/16/2022) |
| 09/20/2022 | | Minute Entry for Status Conference as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5), and RONALD MELE (6) held on 9/20/2022 before Judge Royce C. Lamberth. Speedy Trial Excludable (XT) started 9/20/2022 through |

| | | |
|---|---|---|
| | | 12/2/2022 in the interest of justice as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5), and RONALD MELE (6). Jury Trial set for 7/6/2023 at 10:00 AM in Courtroom 15– In Person before Judge Royce C. Lamberth. Status Conference set for 12/2/2022 at 12:30 PM via video before Judge Royce C. Lamberth. Bond Status of Defendant: All defendants on personal recognizance; Court Reporter: Tim Miller; Defense Attorney: Karren Kenney (1), Dyke Huish (2), Kira Anne West (3), Nicholas D. Smith (4), Nicolai Cocis (5) and Steven C. Bailey (6); US Attorney: Anthony William Mariano and Thomas Ballantine. (zjch, ) (Entered: 09/20/2022) |
| 09/27/2022 | 155 | MOTION to Exclude *Time Under the Speedy Trial Act* by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE. (Mariano, Anthony) (Entered: 09/27/2022) |
| 12/02/2022 | | Minute Entry for video Status Conference held before Judge Royce C. Lamberth as to ALAN HOSTETTER (1), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5) and RONALD MELE (6) on 12/2/2022. Case called; Defendant TAYLOR (2) and Counsel not present. Proposed Joint Pretrial Schedule due by 1/15/2023. Bond Status of Defendants: remains on personal recognizance; Court Reporter: Bryan Wayne; Defense Attorneys: Karren Kenney (1), Kira Anne West (3), Nicholas D. Smith (4), Nicolai Cocis (5), Steven C. Bailey (6); US Attorneys: Anthony William Mariano and Thomas Tyson Ballantine. (lsj) (Entered: 12/02/2022) |
| 01/13/2023 | 164 | STATUS REPORT by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE (Attachments: # 1 Text of Proposed Order)(Mariano, Anthony) (Entered: 01/13/2023) |
| 02/03/2023 | 167 | SCHEDULING ORDER as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5) and RONALD MELE (6): The Court ORDERS that the deadlines in this Scheduling Order shall govern for the jury trial already set to start on 7/6/2023 in this matter. The parties are ORDERED to appear for a Motion Hearing set for 4/26/2023 at 10:00 AM in Courtroom 15– In Person before Judge Royce C. Lamberth. The parties are further ORDERED to appear for a Pretrial Conference set for 6/16/2023 at 02:00 PM in Courtroom 15– In Person before Judge Royce C. Lamberth. See Order for details. Signed by Judge Royce C. Lamberth on 2/3/2023. (lcrcl2) (Entered: 02/03/2023) |
| 02/05/2023 | 168 | ENTERED IN ERROR.....NOTICE Of Waiver Of Trial By Jury by ALAN HOSTETTER (Kenney, Karren) Modified on 2/6/2023 (zstd). (Entered: 02/05/2023) |
| 02/05/2023 | | NOTICE OF ERROR as to ALAN HOSTETTER regarding 168 Notice (Other). This document is filed by the courtroom deputy once all parties have signed. (zstd) (Entered: 02/06/2023) |
| 02/13/2023 | 171 | ORDER as to ALAN HOSTETTER (1), RUSSELL TAYLOR (2), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5) and RONALD MELE (6): It is hereby ORDERED that 169 Motion to Reset Motions Hearing and Pretrial Conference is GRANTED. It is ORDERED that the motions hearing and pretrial conference set for 6/16/2023 be reset for 6/30/2023 at 02:00 PM |

| | | |
|---|---|---|
| | | in Courtroom 15– In Person before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 2/10/2023. (lcrcl2) Modified on 4/11/2023 (zsmc). (Entered: 02/13/2023) |
| 03/08/2023 | 178 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Manning, Jason added. Substituting for attorney Risa Berkower (Manning, Jason) (Entered: 03/08/2023) |
| 03/23/2023 | 183 | RESPONSE by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE re 165 MOTION to Sever Defendant , 173 MOTION for Joinder (Manning, Jason) (Entered: 03/23/2023) |
| 04/12/2023 | 193 | MOTION for Leave to Appear via Zoom for April 26, 2023 Pretrial Hearing Attorney: Alan Hostetter. by ALAN HOSTETTER. (Attachments: # 1 Text of Proposed Order)(Kenney, Karren) (Entered: 04/12/2023) |
| 04/18/2023 | 195 | ORDER granting 193 Motion for Leave to Appear by Zoom as to ALAN HOSTETTER (1). Signed by Judge Royce C. Lamberth on 4/17/2023. (lcrcl2) (Entered: 04/18/2023) |
| 04/19/2023 | | NOTICE OF HEARING as to ALAN HOSTETTER (1), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5) and RONALD MELE (6): The Motion Hearing currently set for 4/26/2023 at 10:00 will be conducted by Zoom before Judge Royce C. Lamberth. (smc) (Entered: 04/19/2023) |
| 04/21/2023 | 199 | NOTICE *re: Anticipated Trial Evidence Pursuant to Federal Rule of Evidence 404(b)* by USA as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE (Manning, Jason) (Entered: 04/21/2023) |
| 04/26/2023 | | Minute Entry for Video Motion Hearing held on 4/26/2023 before Judge Royce C. Lamberth as to ALAN HOSTETTER (1), ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5) and RONALD MELE (6): For reasons stated on the record, 100 Motion to sever is GRANTED, Defendant ALAN HOSTETTER (1) is now severed. All previous scheduling orders and deadlines are vacated and parties to meet/confer regarding a new proposed scheduling order. Bench Trial set for 7/6/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth as to ALAN HOSTETTER (1). Jury Trial set for 10/12/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth as to ERIK SCOTT WARNER (3), FELIPE ANTONIO MARTINEZ (4), DEREK KINNISON (5) and RONALD MELE (6). Bond Status of Defendants: All remain on Personal Recognizance/appeared via video, FELIPE MARTINEZ (4) appearance waived. US Attorneys: Anthony Mariano and Thomas Ballantine. Defense Attorneys: Karren Kenney (1), Kira Anne West (3), Nicholas D. Smith (4), Nicolai Cocis (5) and Steven C. Bailey (6). Pretrial Services Officer: Christine Schuck. Court Reporter: Lisa Bankins. (smc) Modified to include PSA on 4/26/2023 (zsmc). (Entered: 04/26/2023) |
| 04/26/2023 | 201 | REVISED PRETRIAL SCHEDULING ORDER as to ALAN HOSTETTER (1). Motion Hearing and Pretrial Conference set for 6/23/2023 at 12:30 PM in Courtroom 15– In Person before Judge Royce C. Lamberth. See Scheduling Order for full details on revised deadlines. Signed by Judge Royce C. Lamberth on 4/26/2023. (lcrcl2) (Entered: 04/26/2023) |
| 05/01/2023 | 204 | |

| | | |
|---|---|---|
| | | WAIVER of Trial by Jury as to ALAN HOSTETTER (1). Approved by Judge Royce C. Lamberth on 5/1/2023. (smc) (Entered: 05/01/2023) |
| 05/05/2023 | 205 | MOTION in Limine *Omnibus* by USA as to ALAN HOSTETTER. (Attachments: # 1 Exhibit)(Mariano, Anthony) Modified on 8/2/2023 (zsmc). (Entered: 05/05/2023) |
| 05/05/2023 | 206 | NOTICE *of Intent To Offer Coconspirator Statements* by USA as to ALAN HOSTETTER (Mariano, Anthony) (Entered: 05/05/2023) |
| 05/10/2023 | 210 | SECOND SUPERSEDING INDICTMENT as to ALAN HOSTETTER (1) count(s) 1ss, 2ss, 3ss, 4ss, ERIK SCOTT WARNER (3) count(s) 1ss, 2ss, 5ss, 6ss, 8ss, FELIPE ANTONIO MARTINEZ (4) count(s) 1ss, 2ss, 5ss, 6ss, DEREK KINNISON (5) count(s) 1ss, 2ss, 5ss, 6ss, 7ss, RONALD MELE (6) count(s) 1ss, 2ss, 5ss, 6ss. (zstd) (Entered: 05/11/2023) |
| 05/18/2023 | 212 | RESPONSE by ALAN HOSTETTER re 205 MOTION in Limine *Omnibus* (Kenney, Karren) (Entered: 05/18/2023) |
| 05/22/2023 | 213 | REPLY in Support by USA as to ALAN HOSTETTER re 205 MOTION in Limine *Omnibus and Request for Status Conference* (Mariano, Anthony) (Entered: 05/22/2023) |
| 05/23/2023 | 214 | RESPONSE by ALAN HOSTETTER re 213 Reply in Support *and Request for Status Conference* (Kenney, Karren) (Entered: 05/23/2023) |
| 05/24/2023 | 215 | NOTICE *OF ENTRAPMENT DEFENSE* by ALAN HOSTETTER (Kenney, Karren) (Entered: 05/24/2023) |
| 05/30/2023 | 216 | PRETRIAL MEMORANDUM *PRETRIAL STATEMENT REGARDING WITNESS LIST FOR DEFENDANT HOSTETTER* by ALAN HOSTETTER (Kenney, Karren) (Entered: 05/30/2023) |
| 05/30/2023 | 217 | NOTICE *of Anticipated Trial Evidence (Rule 404(b))* by USA as to ALAN HOSTETTER (Manning, Jason) (Entered: 05/30/2023) |
| 05/31/2023 | 218 | TRANSCRIPT OF 12/2/22 STATUS HEARING in case as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE before Judge Royce C. Lamberth held on December 2, 2022; Page Numbers: 1–14. Date of Issuance: 5/31/2023. Court Reporter: Bryan A. Wayne, (202) 354–3186. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 6/21/2023. Redacted Transcript Deadline set for 7/1/2023. Release of Transcript Restriction set for 8/29/2023.(Wayne, Bryan) (Entered: 05/31/2023) |
| 06/02/2023 | | MINUTE ORDER as to ALAN HOSTETTER (1): The parties are hereby ORDERED to appear for a Status Conference set for 06/08/2023 at 11:00 AM by VTC before Judge Royce C. Lamberth. SO ORDERED by Judge Royce C. Lamberth on 06/02/2023. (lcrcl2) (Entered: 06/02/2023) |
| 06/04/2023 | 219 | RESPONSE by USA as to ALAN HOSTETTER re 216 Pretrial Memorandum, 215 Notice (Other) (Mariano, Anthony) (Entered: 06/04/2023) |
| 06/05/2023 | 220 | REPLY by ALAN HOSTETTER re 217 Notice (Other) *of Anticipated Trial Evidence [Rule 404(b)] filed by the Government* (Kenney, Karren) (Entered: 06/05/2023) |
| 06/08/2023 | | Minute Entry for Video Arraignment held on 6/8/2023 before Judge Royce C. Lamberth as to ALAN HOSTETTER (1): Defendant arraigned on 210 Second Superseding Indictment and enters a plea of Not Guilty on counts 1ss–4ss. Motion Hearing/Pretrial Conference reset for 6/15/2023 at 11:00 AM via zoom before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance/appeared via video. US Attorneys: Anthony Mariano and Jason Manning. Defense Attorney: Pro Se, Karren Kenney (Stand–By). Court Reporter: Christine Asif. (smc) (Entered: 06/08/2023) |
| 06/13/2023 | 236 | MOTION for Supplemental Inquiry pursuant to Faretta v. California by USA as to ALAN HOSTETTER. (Manning, Jason) Modified text on 6/14/2023 (zstd). (Entered: 06/13/2023) |
| 06/14/2023 | 237 | RESPONSE by ALAN HOSTETTER re 236 MOTION Supplemental Inquiry pursuant to Faretta v. California (Kenney, Karren) (Entered: 06/14/2023) |
| 06/14/2023 | 238 | NOTICE *: REQUEST FOR JUDICIAL NOTICE OF TRIAL EVIDENCE* by ALAN HOSTETTER (Kenney, Karren) (Entered: 06/14/2023) |
| 06/14/2023 | 239 | MOTION to Dismiss by ALAN HOSTETTER re 210 Second Superseding Indictment (Kenney, Karren) Modified event type and add link on 6/15/2023 (zstd). (Entered: 06/14/2023) |
| 06/15/2023 | | Minute Entry for Pretrial Conference/Motion Hearing held on 6/15/2023 before Judge Royce C. Lamberth as to ALAN HOSTETTER (1): For reasons stated on the record, the Court denied pending motions 99 , 236 and 239 . The Court granted in part, denied in part and reserved ruling in part pending motion 205 . Bench Trial set to begin 7/6/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance/appeared via video. US Attorneys: Anthony Mariano and Jason Manning. Defense Attorney: Pro Se, Karren Kenney (Stand–By). Court Reporter: Sara Wick. (smc) (Entered: 06/15/2023) |
| 06/22/2023 | 248 | PRETRIAL MEMORANDUM by USA as to ALAN HOSTETTER (Attachments: # 1 Exhibit Exhibit List)(Mariano, Anthony) (Entered: 06/22/2023) |
| 06/29/2023 | 257 | TRIAL BRIEF by USA as to ALAN HOSTETTER (Attachments: # 1 Exhibit 902(11) Certification A, # 2 Exhibit 902(11) Certification B, # 3 Exhibit 902(11) Certification C, # 4 Exhibit 902(11) Certification D, # 5 Exhibit 902(14) Certification Cell Phone, # 6 Exhibit 902(14) Certification Laptop)(Manning, Jason) (Entered: 06/29/2023) |

16

| 07/05/2023 | | NOTICE OF HEARING as to ALAN HOSTETTER (1): Bench Trial set for 7/6/2023 will begin at 10:30 AM in Courtroom 15– In Person before Judge Royce C. Lamberth. (zsmc) (Entered: 07/05/2023) |
|---|---|---|
| 07/06/2023 | | Minute Entry for Bench Trial held on 7/6/2023 before Judge Royce C. Lamberth as to ALAN HOSTETTER (1): Defendant's request to exclude 404(b) evidence as untimely, heard and GRANTED. Bench Trial continued to 7/7/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance. US Attorneys: Jason Manning and Anthony Mariano. Defense Attorney: Pro Se, Karren Kenney (Stand–By). Government Witnesses: Michael Kennedy, Carneysha Mendoza, Daniel Schwager. Court Reporter: Sherry Lindsay. (nah) (Entered: 07/07/2023) |
| 07/07/2023 | | Set/Reset Hearings as to ALAN HOSTETTER (1): Bench Trial set for 7/7/2023 at 10:00 AM in Courtroom 15– In Person before Judge Royce C. Lamberth. (nah) (Entered: 07/07/2023) |
| 07/07/2023 | | Minute Entry for proceedings held on 7/7/2023 before Judge Royce C. Lamberth as to ALAN HOSTETTER (1): Bench Trial resumed and continued to 7/10/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance. US Attorneys: Jason Manning and Anthony Mariano. Defense Attorney: Pro Se, Karren Kenney (Stand–By). Government Witnesses: Daniel Schwager and Russell Taylor. Court Reporter: Sherry Lindsay. (nah) (Entered: 07/07/2023) |
| 07/10/2023 | | Minute Entry for proceedings held on 7/10/2023 before Judge Royce C. Lamberth as to ALAN HOSTETTER (1): Bench Trial resumed and continued to 7/11/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance. US Attorneys: Jason Manning and Anthony Mariano. Defense Attorney: Pro Se, Karren Kenney (Stand–By). Government Witnesses: Russell Taylor, Lanelle Hawa, Joseph Pitts and Matthew Cek. Court Reporter: Stacy Johns. (smc) (Entered: 07/10/2023) |
| 07/11/2023 | 271 | TRANSCRIPT OF STATUS CONFERENCE in case as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE before Judge Royce C. Lamberth held on 03/31/2022. Page Numbers: 1–21. Date of Issuance:07/11/2023. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 8/1/2023. Redacted Transcript Deadline set for 8/11/2023. Release of Transcript Restriction set for 10/9/2023.(Wick, Sara) (Entered: 07/11/2023) |
| 07/11/2023 | 272 | TRANSCRIPT OF STATUS CONFERENCE in case as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE before Judge Royce C. Lamberth held on 05/26/2022. Page Numbers: 1–20. Date of Issuance: 07/11/2023. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/1/2023. Redacted Transcript Deadline set for 8/11/2023. Release of Transcript Restriction set for 10/9/2023.(Wick, Sara) (Entered: 07/11/2023) |
| 07/11/2023 | | Minute Entry for proceedings held on 7/11/2023 before Judge Royce C. Lamberth as to ALAN HOSTETTER (1): Bench Trial resumed and continued to 7/12/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance. US Attorneys: Jason Manning and Anthony Mariano. Defense Attorney: Pro Se, Karren Kenney (Stand–By). Government Witnesses: Robert Niewenhous and Jessica Salo. Court Reporter: Stacy Johns. (smc) (Entered: 07/11/2023) |
| 07/12/2023 | | Minute Entry for Bench Trial held on 7/12/2023 before Judge Royce C. Lamberth as to ALAN HOSTETTER (1): Oral Motion for Judgment of Acquittal by ALAN HOSTETTER (1), heard and DENIED. Bench Trial (closing arguments) continued to 7/13/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance. US Attorneys: Jason Manning and Anthony Mariano. Defense Attorney: Pro Se, Karren Kenney (Stand–By). Government Witness: Jessica Salo. Defense Witness: Alan Hostetter. Court Reporter: Stacy Johns. (smc) (Entered: 07/12/2023) |
| 07/13/2023 | | Minute Entry for Bench Trial held on 7/13/2023 before Judge Royce C. Lamberth as to ALAN HOSTETTER (1): Directed verdicts of Guilty on 1ss, 2ss, 3ss and 4ss. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to ALAN HOSTETTER (1). Sentencing set for 10/13/2023 at 12:30 PM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance. US Attorneys: Jason Manning and Anthony Mariano. Defense Attorney: Pro Se, Karren Kenney (Stand–By). Court Reporter: Stacy Johns. (smc) (Entered: 07/13/2023) |

| 07/13/2023 | 273 | FINAL EXHIBIT LIST by USA as to ALAN HOSTETTER (1). (smc) (Entered: 07/13/2023) |
|---|---|---|
| 07/13/2023 | 274 | FINAL EXHIBIT LIST by ALAN HOSTETTER (1). (smc) (Entered: 07/13/2023) |
| 07/13/2023 | 275 | Notes for Oral Ruling from the Bench under Rule 23(c) as to ALAN HOSTETTER (1): These are the notes that the Court used when delivering its oral verdict today. Signed by Judge Royce C. Lamberth on 7/13/2023. (lcrcl2) (Entered: 07/13/2023) |
| 08/16/2023 | 296 | TRANSCRIPT OF STATUS CONFERENCE in case as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE before Judge Royce C. Lamberth held on December 3, 2021; Page Numbers: 1–14. Date of Issuance:August 16, 2023. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354–3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/6/2023. Redacted Transcript Deadline set for 9/16/2023. Release of Transcript Restriction set for 11/14/2023.(Moreira, Lisa) (Entered: 08/16/2023) |
| 08/29/2023 | 321 | TRANSCRIPT OF PROCEEDINGS in case as to ALAN HOSTETTER before Judge Royce C. Lamberth held on 7/6/23; Page Numbers: 1–213. Date of Issuance:8/29/23. Court Reporter/Transcriber Sherry Lindsay, Telephone number 202–354–3053, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/19/2023. Redacted Transcript Deadline set for 9/29/2023. Release of Transcript Restriction set for 11/27/2023.(stl) (Entered: 08/29/2023) |

| 08/29/2023 | 322 | TRANSCRIPT OF PROCEEDINGS in case as to ALAN HOSTETTER before Judge Royce C. Lamberth held on 7/7/23; Page Numbers: 1–231. Date of Issuance:8/29/23. Court Reporter/Transcriber Sherry Lindsay, Telephone number 202–354–3053, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/19/2023. Redacted Transcript Deadline set for 9/29/2023. Release of Transcript Restriction set for 11/27/2023.(stl) (Entered: 08/29/2023) |
| 08/31/2023 | 325 | LETTER from Steven C. Admas as to ALAN HOSTETTER. "Let this be filed". Royce C. Lamberth U.S.D.J. 8/31/2023. (zstd) (Entered: 09/01/2023) |
| 10/06/2023 | | MINUTE ORDER as to ALAN HOSTETTER (1): It is hereby ORDERED that the sentencing set for 10/13/2023 is hereby VACATED and will be reset to a date after the trial of Mr. Hostetter's codefendants has been concluded. SO ORDERED by Judge Royce C. Lamberth on 10/6/2023. (lcrcl2) (Entered: 10/06/2023) |
| 10/06/2023 | | Terminate Deadlines and Hearings as to ALAN HOSTETTER: (zjch, ) (Entered: 10/06/2023) |
| 10/10/2023 | 342 | ENTERED IN ERROR.....NOTICE OF ATTORNEY APPEARANCE Anthony William Mariano appearing for USA. *for Terence Parker* (Mariano, Anthony) Modified on 10/11/2023 (zstd). (Entered: 10/10/2023) |
| 10/10/2023 | | NOTICE OF ERROR as to ALAN HOSTETTER, RUSSELL TAYLOR, ERIK SCOTT WARNER, FELIPE ANTONIO MARTINEZ, DEREK KINNISON, RONALD MELE regarding 342 Notice of Attorney Appearance – USA. The following error(s) need correction: Invalid attorney signature– signature on document must match PACER login. Please refile. (zstd) (Entered: 10/11/2023) |
| 10/16/2023 | 349 | NOTICE OF ATTORNEY APPEARANCE Terence Andrew Parker appearing for USA. (Parker, Terence) (Entered: 10/16/2023) |
| 11/09/2023 | | NOTICE OF HEARING as to ALAN HOSTETTER (1): Sentencing set for 12/7/2023 at 12:00 PM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. (smc) (Entered: 11/09/2023) |
| 11/29/2023 | 383 | SENTENCING MEMORANDUM by USA as to ALAN HOSTETTER (Mariano, Anthony) (Entered: 11/29/2023) |
| 12/07/2023 | | Minute Entry for Sentencing held on 12/7/2023 before Judge Royce C. Lamberth as to ALAN HOSTETTER (1): It is the judgment of the Court, that the Defendant is hereby committed to the custody of the Bureau of Prisons for a term of One Hundred |

| | | |
|---|---|---|
| | | and Thirty–Five (135) months on Counts 1ss and 2ss and a term of One Hundred and Twenty (120) months on Counts 3ss and 4ss, with all such terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release as to each of Counts 1ss–4ss, with all such terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2, 000, a fine in the amount of $30,000 and a special assessment of $100 for each of Counts 1ss–4ss, for a total of $400. Oral Motion by Defendant to modify conditions of release pending self–surrender, heard and GRANTED. The Defendant's conditions of release are modified to allow the Defendant to travel between Texas and California. Bond Status of Defendant: Continued on Personal Recognizance Bond until voluntary surrender to BOP. US Attorneys: Jason Manning, Anthony Mariano and Terence Parker. Defense Attorney: Pro Se, Karren Kenney (Stand–By) – appeared by video. Probation Officer: Crystal Lustig. Court Reporter: Jeff Hook. (smc) (Entered: 12/07/2023) |
| 12/11/2023 | 384 | JUDGMENT as to ALAN HOSTETTER. Statement of Reasons Not Included. Signed by Judge Royce C. Lamberth on 12/11/2023. (zstd) (Entered: 12/12/2023) |
| 12/11/2023 | 385 | STATEMENT OF REASONS as to ALAN HOSTETTER re 384 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Royce C. Lamberth on 12/11/2023. (zstd) (Entered: 12/12/2023) |
| 12/12/2023 | 386 | NOTICE OF APPEAL – Final Judgment by ALAN HOSTETTER re 384 Judgment. Fee Status: No Fee Paid. Parties have been notified. (Kenney, Karren) (Entered: 12/12/2023) |

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA          )
                                  )
              vs.                 )          Criminal No. **21CR0392-RCL**
                                  )
    ALAN HOSTETTER                )

### NOTICE OF APPEAL

Name and address of appellant:

Alan Hostetter
c/o Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA  92626

Name and address of appellant's attorney:

Karren Kenney (CJA Advisory Counsel)
DC State Bar No. 1782083
2900 Bristol Street, Suite C204
Costa Mesa, CA  92626

Offense:   18 USC 1512, 1752,

Concise statement of judgment or order, giving date, and any sentence:

Judge Lamberth entered judgment and a sentence on December 7, 2023, imposing a 135 month sentence.  This sentence is in violation of the 8th Amendment and constitutes Cruel and Unusual Punishment.

Name and institution where now confined, if not on bail:   Report date is Jan 5, 2024

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

Dec 12, 2023
_____          Alan Hostetter (Dec 12, 2023 12:30 MST)          _____
DATE                             APPELLANT

                                 *Karren Kenney*
                                 ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE        [ ]
CJA, NO FEE                 [✔]
PAID USDC FEE               [ ]
PAID USCA FEE               [ ]
Does counsel wish to appear on appeal?                          YES [✔]    NO [ ]
Has counsel ordered transcripts?                               YES [ ]    NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?     YES [✔]    NO [ ]

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ALAN HOSTETTER | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 21cr392-1 (RCL)<br>USM Number:  49779-509<br><br>Pro Se, Karen Kenney (Stand-By Counsel)<br><u>Defendant's Attorney</u> |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)    1ss, 2ss, 3ss and 4ss of the Second Superseding Indictment filed on 5/10/2023
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1512(k) | Conspiracy to Obstruct Official Proceeding | 1/6/2021 | 1ss |
| 18 USC §§ 1512(c)(2) & 2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 2ss |
| 18 USC § 1752(a)(1) & | Entering and Remaining in a Restricted Building or Grounds | 1/6/2021 | 3ss |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/7/2023
_____
Date of Imposition of Judgment

_____
Signature of Judge

Royce C. Lamberth, United States District Court Judge
_____
Name and Title of Judge

12/11/23
_____
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page __2__ of __8__

DEFENDANT:  ALAN HOSTETTER
CASE NUMBER:  21cr392-1 (RCL)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| (b)(1)(A) | with a Deadly or Dangerous Weapon | | |
| 18 USC § 1752(a)(2) & | Disorderly and Distruptive Conduct in a Restricted | 1/6/2021 | 4ss |
| (b)(1)(A) | Building or Grounds with a Deadly or Dangerous | | |
| | Weapon | | |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page ___3___ of ___8___

DEFENDANT:   ALAN HOSTETTER
CASE NUMBER:   21cr392-1 (RCL)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

One Hundred and Thirty-Five (135) months on Counts 1ss and 2ss; One Hundred and Twenty (120) months on Counts 3ss and 4ss - with all terms to run concurrent.

☑ The court makes the following recommendations to the Bureau of Prisons:

   The Defendant be allowed to self-surrender on or after January 5, 2024.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☑ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT:   ALAN HOSTETTER
CASE NUMBER:   21cr392-1 (RCL)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:
Thirty-Six (36) months as to each of Counts 1ss, 2ss, 3ss and 4ss, with all terms to run concurrent.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you
       pose a low risk of future substance abuse. *(check if applicable)*
4.  ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

| Judgment—Page | 5 | of | 8 |

DEFENDANT: ALAN HOSTETTER
CASE NUMBER: 21cr392-1 (RCL)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3D— Supervised Release

Judgment—Page   6   of   8

DEFENDANT:  ALAN HOSTETTER
CASE NUMBER:  21cr392-1 (RCL)

## SPECIAL CONDITIONS OF SUPERVISION

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Re-entry Progress Hearing - Within forty-five days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district in which you are supervised will submit a progress report to the court within the thirty days of the commencement of supervision; and upon receipt of the progress report, the Court will determine if your appearance is required.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                 Sheet 5 — Criminal Monetary Penalties

| | Judgment — Page | 7 | of | 8 |

DEFENDANT: ALAN HOSTETTER
CASE NUMBER: 21cr392-1 (RCL)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 2,000.00 | $ 30,000.00 | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Clerk of the Court for the United States District Court, District of Columbia, for disbursement to the following victim: | | | |
| Architect of the Capitol Office of the Chief Financial Officer Ford House Office Building Room H2-205B Washington, DC 20515 | | $2,000.00 | |
| **TOTALS** | $  0.00 | $  2,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page   8   of   8

DEFENDANT:  ALAN HOSTETTER
CASE NUMBER:  21cr392-1 (RCL)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $  32,400.00   due immediately, balance due

    ☐  not later than _____ , or
    ☑  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:

    The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333
    Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
    of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.