# In the United States Court of Appeals for the District of Columbia Circuit

———————

No. 23-3230
UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

ALAN HOSTETTER,

*Defendant-Appellant.*

———————

Appeal from the United States District Court
for the District of Columbia

———————

**Unopposed Motion to Extend Time to File Appellant's Brief**

Counsel for Appellant Alan Hostetter asks the Court to extend the time for filing his opening brief by an additional 30 days, until November 25, 2024. *See* Fed. R. App. P. 26(b); D.C. Cir. R. 28(e). This is Hostetter's first request to extend the time for filing his opening brief. The Government does not oppose this motion.

## I

Mr. Hostetter was charged with four counts arising out of the events of January 6, 2021, in Washington, D.C. Mr. Hostetter chose to represent himself in the district court. After extensive pretrial practice, the district court granted Mr. Hostetter's motion to sever his case from that of the six other defendants named in the indictment. Mr. Hostetter proceeded to a bench trial. After the six-day bench trial, the district court found Mr.

Hostetter guilty on all four counts. The district court then sentenced Mr. Hostetter to a total of 135 months' imprisonment.

## II

Mr. Hostetter's opening brief is currently due October 25, 2024. Counsel requests an additional 30-day extension, until November 25, 2024, to file the opening brief. This extension is necessary and not for purposes of delay. This case raises complex issues arising out of a large district court record, including a six-day bench trial and voluminous audio/video exhibits. Counsel requires additional time to review the record, consult with her client, research potential issues, and draft the opening brief.

Additionally, counsel has been or will be responsible for several other cases between the time the briefing schedule in this case issued and the current due date:

- a supplemental brief addressing *Erlinger v. United* States, 144 S. Ct. 1840 (2024) in *United States v. Valencia*, 5th Cir. No. 22-50283 (filed Aug. 29);

- a supplemental reply brief in *United States v. Valencia*, 5th Cir. No. 22-50283 (filed Sept. 5); and

- an opening brief in *United States v. Brown*, 5th Cir. No. 24-50126 (filed Sept. 18).

Counsel is preparing for oral argument in the Fifth Circuit in *United States v. Lehew*, 5th Cir. No. 23-50569 (argument on Nov. 4). Because

counsel is also the First Assistant Federal Public Defender for the Western District of Texas, she has been dealing with both administrative and personnel matters during this time. This week, counsel will be traveling to the District's Waco and Austin, Texas, offices as well as the office of the Capital Habeas Unit for personnel matters.

Given counsel's workload and the complexity of this case, an extension is necessary to prepare the brief and not for purposes of delay.

### III

Based upon these circumstances, counsel for Hostetter asks that the Court grant the requested extension until November 25, 2024.

Respectfully submitted.

> MAUREEN SCOTT FRANCO
> Federal Public Defender
>
> s/ Judy Fulmer Madewell
> JUDY FULMER MADEWELL
> First Assistant
> Federal Public Defender
> Western District of Texas
> 300 Convent Street, Suite 2300
> San Antonio, Texas 78205
> Tel.: (210) 472-6700
> Fax: (210) 472-4454
>
> *Attorney for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2024, I electronically filed the Unopposed Motion to Extend Time in Which to File Opening Brief with the Clerk of Court using the CM/ECF system which will send notification of such filing to Matthew M. Graves, U.S. Attorney for the District of Columbia (Attn: Assistant U.S. Attorney Elizabeth H. Danello, Deputy Chief, Appellate Section), via electronic mail.

                                            s/ Judy Fulmer Madewell
                                            JUDY FULMER MADEWELL
                                            *Attorney for Defendant-Appellant*

**Certificate of Compliance with Type-Volume Limit**

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 436 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Century Schoolbook.

s/ Judy Fulmer Madewell
JUDY FULMER MADEWELL
*Attorney for Defendant-Appellant*
Dated: October 7, 2024
